# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SHELLIA KELLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-00848-JHE |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. | |

## ORDER

Counsel for Plaintiff moves to allow Shellia Kelley, the surviving spouse of Plaintiff Steve Kelley, to be substituted as the plaintiff in this action pursuant to Rule 25 of the Federal Rules of Civil Procedure. (Doc. 22). Defendant has no objection to the substitution. (*Id.* at 2). Accordingly, the amended unopposed motion to substitute (doc. 22) is **GRANTED**, and the surviving spouse, Shellia Kelley, is **SUBSTITUTED** as Plaintiff in this action.

The Clerk is **DIRECTED** to **TERM** document 21 (the original motion to substitute) as **MOOT**.

DONE this 30th day of June, 2022.

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE